206 U.S. 563, 27 S.Ct. 795

**ALASKA TREADWELL GOLD MINING COMPANY, Petitioner,**
**v. Z. R. CHENEY, Administrator, etc.**

No. 697.

Supreme Court of the United States.

May 13, 1907.

See same case below, 78 C.C.A. 498, 148 F. 808.

Mr. Charles J. Faulkner, for petitioner.

Messrs. J. J. Darlington and R. W. Jennings, for respondent.

Denied.